[No. 23617-0-III.   Division Three.   September 8, 2005.]

NELDA STAGE, *Appellant*, v. FIRST REALTY/BETTER HOMES AND GARDENS ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-04239-7, Salvatore F. Cozza, J., entered November 5, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 54316-4-I.   Division One.   September 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON WILLIAM ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-05013-6, John P. Erlick, J., entered April 26, 2004. *Reversed* by unpublished per curiam opinion.

[No. 54468-3-I.   Division One.   September 12, 2005.]

*In the Matter of the Guardianship of* LORETTA HOPE THORPE BEECHER.

WATSON B. BLAIR, *Appellant*, v. LORETTA HOPE THORPE BEECHER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-4-00473-9, Nicole MacInnes, J., entered June 1, 2004. *Reversed* by unpublished opinion per Agid, J., concurred in by Appelwick, A.C.J., and Kennedy, J. Now published at 130 Wn. App. 66.